UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-21-2020

CARLOS MORALES,

        Plaintiff,

- against -

US FOODS, INC.,

        Defendant.

19-cv-10878 (JGK)

**ORDER**

**JOHN G. KOELTL, District Judge:**

The matter is referred to Magistrate Judge Freeman for general pretrial matters.

**SO ORDERED.**

Dated:    New York, New York
            January 17, 2020

                                          John G. Koeltl
                                     United States District Judge