UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
: 
CARLOS MORALES,                                              :
                                                             :
                          Plaintiff,                         :
                                                             :       19-CV-10878 (JPC) (DCF)
             -v-                                             :
                                                             :       ORDER
US FOODS, INC.,                                              :
                                                             :
                          Defendant.                         :
                                                             :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Pretrial Conference scheduled for February 22, 2021, at 10:00 a.m. is hereby adjourned *sine die*.  Pursuant to the Honorable Debra Freeman's Order dated January 14, 2021, discovery in this case is to be completed by April 16, 2021.  The parties are hereby ORDERED to file a status letter with the court by April 30, 2021.  In that status letter, the parties should address (1) the status of any settlement discussions, including whether the parties request a referral to the Court-annexed mediation program or to Judge Freeman for a settlement conference; and (2) whether they anticipate filing any summary judgment motions and, if so, the subject matter of any motions and a proposed briefing schedule.

      SO ORDERED.

Dated: January 15, 2021
      New York, New York
                                              JOHN P. CRONAN
                                              United States District Judge