UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CARLOS MORALES,

                      Plaintiff,

            -v-

US FOODS, INC.,

                      Defendant.
------------------------------------------------------------------------X

19 Civ. 10878 (JPC) (DCF)

ORDER

JOHN P. CRONAN, United States District Judge:

    On May 28, 2021, the Honorable Debra Freeman granted the parties' request to extend the discovery deadline to July 15, 2021. Dkt. 27. Judge Freeman also notified the parties that this Court will address the parties' proposed deadlines for submitting summary judgment motions, as well as the prospective trial-ready date offered by the parties. *Id.*

    The parties are directed to appear before the undersigned for a post-discovery status conference on July 22, 2021, at 10:00 a.m. Unless the Court orders otherwise, the Court will conduct the conference by teleconference. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

    At that conference, the parties should be prepared to discuss the status of settlement discussions and whether any party plans to file a post-discovery motion. In the event that the parties do not plan to file any motions, the parties should be prepared to discuss a potential trial-ready date.

    SO ORDERED.

Dated: June 1, 2021
       New York, New York

                                                  JOHN P. CRONAN
                                                  United States District Judge