UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                     :

CARLOS MORALES,                           :

                      Plaintiff,         :             19-CV-10878 (JPC)

         -v-                             :             <u>ORDER</u>

US FOODS, INC.,                          :

                    Defendant.      :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On September 15, 2021, the Court held a case management conference. As it appears that no party will be filing for summary judgment in this case, the Court ordered that the parties should be ready for trial by April 11, 2022. In accordance with 7.B-.C of the Court's Individual Rules and Practices in Civil Cases, the parties must submit a joint proposed pretrial order, joint proposed *voir dire* questions, a joint proposed verdict form, joint proposed jury instructions, any motions *in limine*, and if any party believes it would be useful to the Court, a pretrial memorandum of law by February 28, 2022. Any oppositions to any motions *in limine* and to any pretrial memorandum of law shall be submitted by March 7, 2022. The Court will hold a final pretrial conference on April 4, 2022 at 10:00 a.m.

      SO ORDERED.

Dated: September 15, 2021                          _____
      New York, New York                              JOHN P. CRONAN
                                                                    United States District Judge