UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CARLOS MORALES,                                                   :
:
                   Plaintiff,                                   :
:       19-CV-10878 (JPC)
     -v-                                                         :
:       ORDER
US FOODS, INC.,                                                   :
:
                 Defendant.                                  :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The trial-ready date in this case is adjourned to June 6, 2022.  The final pretrial conference is adjourned to May 25, 2022 at 10:00 a.m.  The other dates set in the Court's order of September 15, 2021 remain the same.

       SO ORDERED.

Dated: September 17, 2021
       New York, New York
                                                      JOHN P. CRONAN
                                                   United States District Judge