UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
CARLOS MORALES, :
 :
                Plaintiff, :
 :     19 Civ. 10878 (JPC)
      -v- :
 :          ORDER
US FOODS, INC., :
 :
              Defendant. :
 :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     The Court previously set a trial-ready date in this case of June 6, 2022. Dkt. 37. Trial dates for the second quarter of 2022 have been released, and this matter has been calendared to commence trial on June 9, 2022 and to continue through the week of June 12, 2022. It is hereby ORDERED that the parties shall submit a joint letter by March 11, 2022 in the event any party has a scheduling conflict. To the extent there is a conflict, the parties shall also propose alternative trial ready dates in the second and third quarters of 2022. All pretrial filing deadlines and the scheduled pretrial conference remain in place.

     SO ORDERED.

Dated: March 8, 2022
       New York, New York                      _____
                                                              JOHN P. CRONAN
                                                      United States District Judge