```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CARLOS MORALES,                                                        :
                                                                       :
                              Plaintiff,                               :
                                                                       :              19 Civ. 10878 (JPC)
              -v-                                                      :
                                                                       :                     ORDER
US FOODS, INC.,                                                        :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Because of scheduling conflicts, the Court will need to adjourn the June 9, 2022 trial date in this case.  By April 22, 2022, the parties shall submit a joint status letter outlining their availability for trial in July and August of 2022.

      SO ORDERED.

Dated: April 18, 2022
       New York, New York
                                                    JOHN P. CRONAN
                                                     United States District Judge